UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAJHIKEEM WOODS, | No. 2:14-cv-2458 MCE AC P |
| Plaintiff, | |
| v. | ORDER |
| RODDRICK, et al., | |
| Defendants. | |

On October 20, 2016, plaintiff filed a motion for appointment of counsel.  This civil rights action was closed on September 13, 2016.  Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: October 24, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE